**United States District Court**
**For the Northern District of California**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FRANCISCO ORTIZ,

    Petitioner,

  v.

D.G. ADAMS, warden,

    Respondent.
                                       /

No. C 08-4834 SI (pr)

**ORDER: SCHEDULING AND SUBSTITUTION OF COUNSEL**

Attorney Juliana Drous has informed the Court by letter dated July 15, 2009 that she is willing to prepare a traverse for petitioner in support of his habeas petition but that she does not wish to enter a general appearance in this case. Under these circumstances, the Court's orders (and respondent's filings) are properly served only on petitioner and only petitioner may speak for himself.

Petitioner's traverse is currently due August 14, 2009. *See* Docket No. 9.[1] Drous represents in her letter that if she files a brief on petitioner's behalf, she requires an extension until December 1, 2009. **The Court grants petitioner an 80-day extension, until November 2, 2009,** to file his traverse. If Drous substitutes in as counsel, she may apply for an additional extension.

**IT IS SO ORDERED.**

DATED: July 24, 2009

                                                                            SUSAN ILLSTON
                                                                            United States District Judge

---

[1] Ms. Drous' letter stated that the response is due October 1, 2009. This appears to be in error.