UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO ORTIZ, | No. C 08-4834 SI (pr) |
| Petitioner, | **ORDER** |
| v. | |
| D. G. ADAMS, warden, | |
| Respondent. | |

After the court denied petitioner's motion for appointment of counsel in May 2009, attorney Juliana Drous informed the court in a July 15, 2009 letter that she was willing to prepare a traverse for petitioner, that she did not wish to enter a general appearance in this action, and that she wanted an extension of time to file the traverse. Upon these representations, the court granted an extension of time until November 2, 2009 for the traverse to be filed. On October 5, 2009, Drous sent another letter to the court stating that she now realized she had a conflict of interest and could not represent the petitioner. On October 26, 2009, petitioner sent a letter asking for an extension of time to file his traverse and for appointment of counsel to help him to do so. The request for appointment of counsel is denied for the same reasons stated in the court's May 11, 2009 order. The court will grant a final extension of time so that petitioner will have time to prepare his own traverse. No later than **December 18, 2009**, petitioner must file and serve his traverse. No further extensions of this deadline will be permitted.

IT IS SO ORDERED.

DATED: November 5, 2009

_____
SUSAN ILLSTON
United States District Judge